# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
## 5:08cv29

| | |
|---|---|
| BROADCAST MUSIC, INC.; AUDIGRAM SONG, INC.; BOCEPHUS MUSIC, INC.; PEER INTERNATIONAL CORPORATION; SONGS OF UNIVERSAL, INC.; EMI VIRGIN SONGS, INC.; d/b/a EMI LONGITUDE MUSIC, WARNER-TAMERLANE PUBLISHING CORP.; ELEKSYLUM MUSIC, INC.; NO SURRENDER MUSIC, a division of PRAXIS INTERNATIONAL COMMUNICATIONS, INC.; UNIVERSAL-DUCHESS MUSIC CORPORATION; PHILLIP H. GILLIN d/b/a KINGS ROAD MUSIC; ELIJAH BLUE MUSIC, a division of LIGHTHOUSE, INC.; UNICHAPPELL MUSIC, INC.; UNIVERSAL MUSIC MGB NA LLC d/b/a UNIVERSAL MUSIC CAREERS; CHRISTOPHER A. DAUGHTRY d/b/a SURFACE PRETTY DEEP UGLY MUSIC, Plaintiffs, Vs. RYOTI, INC. d/b/a TEN O'CLOCK CHARLIE'S; and RAMON a/k/a RAY RYOTI, individually; Defendants. | ORDER |

**THIS MATTER** is before the court on the joint Motion to Modify Pretrial Order and Case Management Plan. For cause, the parties have shown that mediation was successful and that additional time is needed to effectuate the agreement therein reached. Having considered the joint motion and reviewed the

pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the joint Motion to Modify Pretrial Order and Case Management Plan (#25) is **GRANTED,** and the deadline for filing motions is **ENLARGED** up to and inclusive of June 1, 2009, and the ready date for trial is **ENLARGED** up to and inclusive of September 1, 2009.

Signed: February 28, 2009

Dennis L. Howell
United States Magistrate Judge